NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5171

PRAECOMM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

L. James D'Agostino, Greenberg Traurig, LLP, of McLean, Virginia, argued for plaintiff-appellant.  With him on the brief was Joseph J. Summerill, IV, of Washington, DC. Of counsel was David P. Goodwin, of Washington, DC.

Gregg MJ. Schwind, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

Appealed from:  United States Court of Federal Claims

Judge Charles F. Lettow

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5171

PRAECOMM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the     United States Court of Federal Claims

In CASE NO(S).     06-CV-054.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, LINN, and MOORE, <u>Circuit Judges</u>).

<u>**AFFIRMED.**</u>  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  _October 14, 2008__          / s /   *Jan Horbaly*_____
                                    Jan Horbaly, Clerk